## N. B. BORTMAN v. JAMES GILES.

**Sale of Real Estate—Possession—Estoppel.**
> One who secures and holds possession of land under a parol contract to purchase, while so in possession is estopped to deny the title of one who thus contracts to sell to him and cannot set up a title acquired by him while so in possession.

### APPEAL FROM ADAIR CIRCUIT COURT.

October 14, 1876.

OPINION BY JUDGE COFER:

The evidence that the appellee took possession of the land in contest under the parol contract to purchase it of the appellant is conclusive and uncontradicted, and it also appeared in the evidence that he has continued in possession ever since. Having entered under the appellant, the appellee is estopped to deny his title, and cannot set up a title acquired by him while so in possession, but must surrender his possession and divest himself of the advantage gained by the possession received from the appellant, and when he does so, and the parties are in statu quo, he may in a suit test the relative strength of the title of himself and the appellant.

Wherefore the judgment is *reversed,* and the cause is remanded with directions to render judgment for the appellant, and to compel the surrender of the possession to him.

*Winfrey & Winfrey, for appellant.　Stewart & Nell, for appellee.*